# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DALLAS D. STANDRIDGE**                                                          **PLAINTIFF**

V.                         **CASE NO. 4:11CV00794 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Dallas D. Standridge.

DATED this 9th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE